**ORIGINAL**

FILED IN CLERK'S OFFICE

JUN 7 2004

LUTHER J. T... Clerk
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CONSULTING SERVICES, LLC, ) | Civil Action File No: 1:04-CV-1071 |
| ) | (WBH) |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| CONSUMER DIRECT OF AMERICA, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## CERTIFICATE OF INTERESTED PERSONS

(1) The undersigned Counsel of Record for the parties to this action certify that the following is a full and complete list of all parties in this action:

For the Plaintiff:

Consulting Services, LLC

For the Defendant:

Consumer Direct of America, Inc.

(2) The undersigned further certify that the following is a full and complete list of all other persons, associations of person, firms, partnerships, or corporations (including those related to a party as a subsidiary, conglomerate,

1

~Doc# 559950.01~

affiliate, or parent corporation) having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

<u>For the Plaintiff</u>:

Consulting Services, LLC

- Douglas N. Campbell, Attorney at Law, by contingency;
- Douglas R. Kertscher, Attorney at Law, by contingency.
- Chee Holdings, LLC
- South County Financial Services
- Direct Lender's Title, LLC
- JKJ Partnership
- 103 Partnership

<u>For the Defendant</u>:

Consumer Direct of America, Inc.

- Consumer Direct Lending, Inc.

(3) The undersigned further certify that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

For the Plaintiff:

Consulting Services, LLC

Douglas N. Campbell, Esq.
Douglas Campbell & Associates, P.C.
4776 East Conway Drive, N.W.
Atlanta, Georgia 30327
Telephone: (404) 943-1354
Facsimile: (404) 256-0423

Douglas R. Kertscher, Esq.
Charlene R. Swartz, Esq.
Hill, Kertscher & Wharton, LLP
3350 Riverwood Parkway, Suite 800
Atlanta, Georgia 30339
Telephone: (770)953-6995
Facsimile: (770) 953-1358

For the Defendant:

Consumer Direct of America, Inc.

Richard K. Hines, V., Esq.
Clinton F. Fletcher, Esq.
Nelson Mullins Riley & Scarborough
999 Peachtree Street, NE, Suite 1400
Atlanta, Georgia 30309
Telephone: (404) 817-6000
Facsimile: (404) 817-6050

This 1st day of June, 2004.

*Douglas N Campbell by CRSw/express permission*
Douglas N. Campbell, Esq.
Georgia Bar No. 106250

Douglas Campbell & Associates, P.C.
4776 East Conway Drive, N.W.
Atlanta, Georgia 30327
Telephone: (404) 943-1354
Facsimile: (404) 256-0423

3

~Doc# 559950.01~

*(signature)*
Douglas R. Kertscher, Esq.
Georgia Bar No. 416265
Charlene R. Swartz, Esq.
Georgia Bar No. 697316

Hill, Kertscher & Wharton, LLP
3350 Riverwood Parkway, Suite 800
Atlanta, Georgia 30339
Telephone: (770)953-6995
Facsimile: (770) 953-1358

**COUNSEL FOR CONSULTING SERVICES, LLC**

*(signature: Clinton F. Fletcher by CRS w/ express permission)*
Richard K. Hines, V., Esq.
Georgia Bar No. 356300
Clinton F. Fletcher
Georgia Bar No. 263873

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
999 Peachtree Street, N.E.
Suite 1400
Atlanta, GA 30309
(404) 817-6000
(404) 817-6050 (Fax)

*(signature: Keith A. Fink by CRS w/ express permission)*
Keith A. Fink
Admitted Pro Hac Vice
Jack Rifenbark
Admitted Pro Hac Vice

Keith A. Fink & Associates
11500 Olympic Boulevard, Suite 316
Los Angeles, CA 90064
(310) 268-0780
(310) 268-0790 Fax

**COUNSEL FOR CONSUMER DIRECT OF AMERICA, INC.**

4

~Doc# 559950.01~