IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CONSULTING SERVICES, LLC,

    Plaintiff,

                        CIVIL ACTION FILE

vs.

                      NO. 1:04-CV-1071 (WBH)

CONSUMER DIRECT OF
AMERICA, INC.,

    Defendant.

---

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CONSUMER DIRECT OF
AMERICA, INC., a Nevada
Corporation,

    Plaintiff,

                        CIVIL ACTION FILE

vs.

                      NO. 1:04-CV-2201

CONSULTING SERVICES, LLC, a
Delaware Corporation, KEVIN BONDS,
an individual, RANDY BRISTOL, an
individual, and DOES 1-50, inclusive,

    Defendant.

---

Deposition of: Wendell Heflin
Held on: December 8, 2004
VOLUME 1

ORIGINAL